JOHN FAGLIARONE, *ET ALS.*, PLAINTIFF-RESPONDENT, v. TOWNSHIP OF NORTH BERGEN, PETITIONER-PETITIONER.

*Mr. Nicholas S. Schloeder* for the petitioner.

*Messrs. Wolk & Simonson* for the respondents.

April 4, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HARRY J. ROSE, DEFENDANT-PLAINTIFF.

*Mr. Frank B. Bozza* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Barry H. Evenchuk* for the respondent.

April 4, 1966. Denied.

LEOPOLD FRANKEL, *ET AL.*, PLAINTIFFS-PETITIONERS, v. FRANK X. GRAVES, Jr., *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Frankel & Frankel* for the petitioners.

*Mr. Adolph A. Romei* for the respondents.

April 4, 1966. Denied.